UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

RONNIE K. ROSS, 711154,                         §
                            Plaintiff,          §
                                                §
v.                                              §        No. 3:13-CV-1220-B
                                                §
TEXAS BOARD OF PARDONS AND PAROLE,              §
ET AL,                                          §
                            Defendants.         §

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in

this case.  Objections were filed.  The District Court reviewed the proposed findings, conclusions

and recommendation for plain error.  Finding none, the Court ACCEPTS the Findings,

Conclusions and Recommendation of the United States Magistrate Judge.

Signed this 1st day of July, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE